RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

NO. PD-862-07

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

---

CHARLES CAMP
Appellant

VS

STATE OF TEXAS
Appellee

---

From Appeal No. 02-13-00247-CR/02-13-00248-CR/
02-13-00248-CR/02-13-00250-CR
On Appeal from The Second District of Texas
Tarrant County, Texas
Trial Court No. 132466R/1324668R/1324671R/1324677R

---

## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Charles Camp, Petitioner, and files this Motion for an extension of sixty (60) days in which to file petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

### I

The Petitioner was convicted in the 297th District Court of Tarrant County, Texas of the offense of Aggrevated Robbery in Trial Curt No. 1324667R/1324668R/1324671R and 1324677R styled State of Texas vs Charles Camp. The Petitioner appealed to the Court of Appeals, Second District. The case was affirmed December 11, 2014.

### II

The present deadline for filing the Petition for Discretionary Review is January 10, 2015. The Petitioner has not requested any extension prior to this request.

### III

Petitioner's request for an extension is based on the following facts:

1. Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until January 2, 2014.

(1)

2. Petitioner is proceeding pro se as a layman and is unskilled and unknowledgeable in matters of law and legal procedure.

3. Petitioners' access to legal research materials located within the prison unit law library is limited to approximately 8-12 hours per week.

4. The claims presented for review on appeal by appellate counsel present numerous, complex issues which require a substantial amount of time for Petitioner as a layman in researching and desseminating legal principles and procedures in meaningfully preparing and presenting Petition for Discretionary Review in this case.

5. Petitioner does not seek additional time to file Petition for Discretionary Review for undue delay.

**WHEREFORE,** Petitioner prays this Court grant this motion and extend the deadline for filing Petition for Discretionary Review in Cause No. PD-0862-07 up to and including March 11, 2015.

Respectfully Submitted,

Charles Camp
Petitioner, Pro Se
Texas Department of Criminal Justice
Institutional Division
F.M. Robertson Unit
TDCJ-ID# 1857911
Abilene, TX 79601

(2)

CLERK

Court of Criminal Appeals of Texas

P.O. Box 12308, CAPITOL STATION

AUSTIN, TX. 78711-2308


JANUARY 8, 2015

RE: No. PD-0862-07   CAMP v STATE


DEAR CLERK,


Enclosed for filing in the above numbered and styled cause is Petitioner's original First Motion for Extension of Time to file Petition for Discretionary Review and Petitioner's Original Motion for Suspension of Rules.


Thank you for your time and Kind assistance in this Matter.



Sincerely,

Charles T. Camp

Charles Camp

Petitioner, Pro Se

Texas Department of Criminal Justice

Institutional Division

F.M. Robertson Unit

TDCJ-ID# 1857911

Abilene, TX. 29601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk